## SANDERS v. WHITE

No. 139P83.

Case below: 61 N.C. App. 168.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983.

## STATE v. DAUGHTRY

No. 179P83.

Case below: 61 N.C. App. 320.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 May 1983.

## STATE v. GLEN & MILLER

No. 88P83.

Case below: 60 N.C. App. 602.

Petitions by defendants for discretionary review under G.S. 7A-31 denied 3 May 1983.

## STATE v. GOODE

No. 194PA83.

Case below: 61 N.C. App. 168.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 3 May 1983, decision of the Court of Appeals is vacated, and the cause is ordered to be remanded to the Superior Court with directions to vacate the order of Judge Griffin and release defendant from the sentence therein imposed.

## STATE v. GRAHAM

No. 201PA83.

Case below: 61 N.C. App. 271.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals allowed 3 May 1983.